■ FRANCIS C. HANLEY, as Executor of HILDA E. HANLEY, Deceased, Respondent, v. NEW YORK CENTRAL RAILWAY COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur, except Williams, P. J. and McClusky, J., who dissent and vote to reverse and to grant a new trial in the following memorandum: In our opinion, there were errors in the Judge's charge which require reversal and we also find that the verdict is against the weight of the evidence. (Appeal from judgment of Ontario Trial Term for plaintiff in a railroad negligence action. The order denied a motion for a new trial.) Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JERRY S. RUGER, Appellant.— Order unanimously affirmed. (Appeal from order of Erie Special Term denying a motion to vacate a 1958 judgment of conviction for manslaughter, first degree, as a second offender.) Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.

■ TOMLINSON CONSTRUCTION CO., LTD., Respondent, v. STATE OF NEW YORK, Defendant, and the NEW YORK STATE THRUWAY AUTHORITY, Appellant. (Claim No. 35227.) — Judgment unanimously affirmed, with costs. (Appeal by Thruway Authority from judgment of Court of Claims awarding claimant judgment against said defendant on a claim for damages for misrepresentation and breach of contract by State in highway construction work.) Present — Williams, P. J., Bastow, Halpern, McClusky and Henry, JJ.